**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SUN ZHONGJIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>ENCORE ENERGY CORP., PAUL GORANSON, and SHONA WILSON,<br><br>      Defendants. | Case No.: 4:25-cv-01234<br><br>Hon. Charles Eskridge |

**DECLARATION OF THANE TYLER SPONSEL III IN SUPPORT OF DOUGLAS LYON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Thane Tyler Sponsel III hereby declares as follows:

1.	I am a partner at Sponsel Miller PLLC ("Sponsel Miller"), liaison counsel for lead plaintiff movant Douglas Lyon ("Movant") and proposed liaison counsel for the Class.

2.	I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as lead counsel and Sponsel Milller as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:	Certification of Movant attaching transactions made in enCore Energy Corp. ("enCore" or the "Company") securities during the Class Period;

**Exhibit B**:	Table of the calculated losses incurred by Movant as a result of transactions in enCore securities;

**Exhibit C**:	Press release published March 14, 2025 on *Business Wire*, announcing the pendency of the first-filed Action;

2

**Exhibit D**:    Signed Declaration by Movant in support of his Motion; and

**Exhibit E**:    Firm résumés of Levi & Korsinsky and Sponsel Miller.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: May 13, 2025                                By: */s/ Thane Tyler Sponsel III*
                                                              Thane Tyler Sponsel III

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, May 13, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Thane Tyler Sponsel III*
Thane Tyler Sponsel III

3