# EXHIBIT B

| Client Name | Douglas Lyon |
|---|---|
| Company Name | enCore Energy Corp. |
| Ticker Symbol | EU |
| Security Type | |
| Class Period Start | 03-28-2024 |
| Class Period End | 03-02-2025 |
| 90-DAY Lookback Period Start | 03-03-2025 |
| 90-DAY Lookback Period End | 05-12-2025 |
| 90-DAY Lookback Average | $ 01.47 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $16,590.00 |
| DURA LIFO* Total | $16,492.00 |
| Gross Shares Purchased | 12,000 |
| Net Shares Retained | 8,000 |
| Net Funds Expended | $29,075.00 |

### Douglas Lyon - Account 1

| | Purchases | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-08-2024 | 1000 | 3.67 | $ 3,670.00 | 11-20-2024 | 1000 | | $ 03.86 | $ 3,860.00 | - | - | - | $ 01.47 | | -$ 190.00 | -$ 190.00 |
| 11-11-2024 | 300 | 3.65 | $ 1,095.00 | 11-20-2024 | 300 | | $ 03.86 | $ 1,158.00 | - | - | - | $ 01.47 | | -$ 63.00 | -$ 63.00 |
| 11-12-2024 | 1000 | 3.74 | $ 3,740.00 | 11-20-2024 | 1000 | | $ 03.86 | $ 3,860.00 | - | - | - | $ 01.47 | | -$ 120.00 | -$ 120.00 |
| 11-14-2024 | 1000 | 3.57 | $ 3,570.00 | 11-20-2024 | 1000 | | $ 03.86 | $ 3,860.00 | - | - | - | $ 01.47 | | -$ 290.00 | -$ 290.00 |
| 11-18-2024 | 700 | 4 | $ 2,800.00 | 11-20-2024 | 700 | | $ 03.86 | $ 2,702.00 | - | - | - | $ 01.47 | | $ 98.00 | |
| 11-22-2024 | 1000 | 3.85 | $ 3,850.00 | 03-24-2025 | | 1000 | $ 01.56 | | $ 1,560.00 | 1000 | - | $ 01.47 | | $ 2,290.00 | $ 2,290.00 |
| 12-03-2024 | 1000 | 3.61 | $ 3,610.00 | 03-24-2025 | | 1000 | $ 01.56 | | $ 1,560.00 | 1000 | - | $ 01.47 | | $ 2,050.00 | $ 2,050.00 |
| 12-12-2024 | 1000 | 3.33 | $ 3,330.00 | 03-24-2025 | | 1000 | $ 01.56 | | $ 1,560.00 | 1000 | - | $ 01.47 | | $ 1,770.00 | $ 1,770.00 |
| 12-19-2024 | 1000 | 3.38 | $ 3,380.00 | 03-24-2025 | | 1000 | $ 01.56 | | $ 1,560.00 | 1000 | - | $ 01.47 | | $ 1,820.00 | $ 1,820.00 |
| 12-23-2024 | 3000 | 4 | $ 12,000.00 | 03-24-2025 | | 3000 | $ 01.56 | | $ 4,680.00 | 3000 | - | $ 01.47 | | $ 7,320.00 | $ 7,320.00 |
| 12-26-2024 | 100 | 3.47 | $ 347.00 | 03-07-2025 | | 100 | $ 01.61 | | $ 161.00 | 100 | - | $ 01.47 | | $ 186.00 | $ 186.00 |
| 12-26-2024 | 900 | 3.47 | $ 3,123.00 | 03-24-2025 | | 900 | $ 01.56 | | $ 1,404.00 | 900 | - | $ 01.47 | | $ 1,719.00 | $ 1,719.00 |
| Total: | 12,000 | | $44,515.00 | | 4,000 | 8000 | | $15,440.00 | $12,485 | 8,000 | | | | $16,590.00 | $16,492.00 |

| Client Name | Douglas Lyon |
|---|---|
| Company Name | enCore Energy Corp. |
| Ticker Symbol | EU |
| Security Type | |
| Class Period Start | 03-28-2024 |
| Class Period End | 03-02-2025 |
| 90-DAY Lookback Period Start | 03-03-2025 |
| 90-DAY Lookback Period End | 05-12-2025 |
| 90-DAY Lookback Average | $ 01.47 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $21,717.45 |
| DURA LIFO* Total | $10,862.80 |
| Gross Shares Purchased | 37,200 |
| Net Shares Retained | 5,800 |
| Net Funds Expended | $29,586.65 |

### Douglas Lyon - Account 2

| | Purchases | | | Sales | | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-06-2024 | 200 | 4.93 | $ 986.00 | 05-08-2024 | 200 | | $ 04.79 | $ 958.00 | - | - | - | $ 01.47 | | $ 28.00 | |
| 05-09-2024 | 200 | 4.83 | $ 966.00 | 10-09-2024 | 200 | | $ 03.98 | $ 796.00 | - | - | - | $ 01.47 | | $ 170.00 | |
| 05-09-2024 | 800 | 4.83 | $ 3,864.00 | 10-09-2024 | 800 | | $ 03.98 | $ 3,184.00 | - | - | - | $ 01.47 | | $ 680.00 | |
| 05-09-2024 | 1000 | 4.84 | $ 4,840.00 | 10-09-2024 | 1000 | | $ 03.98 | $ 3,980.00 | - | - | - | $ 01.47 | | $ 860.00 | |
| 05-10-2024 | 1000 | 4.73 | $ 4,730.00 | 10-09-2024 | 1000 | | $ 03.98 | $ 3,980.00 | - | - | - | $ 01.47 | | $ 750.00 | |
| 05-14-2024 | 1000 | 4.6 | $ 4,600.00 | 10-09-2024 | 1000 | | $ 03.98 | $ 3,980.00 | - | - | - | $ 01.47 | | $ 620.00 | |
| 05-15-2024 | 1000 | 4.47 | $ 4,470.00 | 10-09-2024 | 1000 | | $ 03.98 | $ 3,980.00 | - | - | - | $ 01.47 | | $ 490.00 | |
| 05-17-2024 | 35 | 4.68 | $ 163.80 | 10-09-2024 | 35 | | $ 03.98 | $ 139.30 | - | - | - | $ 01.47 | | $ 24.50 | |
| 05-17-2024 | 965 | 4.69 | $ 4,525.85 | 10-09-2024 | 965 | | $ 03.98 | $ 3,840.70 | - | - | - | $ 01.47 | | $ 685.15 | |
| 05-20-2024 | 1000 | 4.83 | $ 4,830.00 | 10-09-2024 | 1000 | | $ 03.98 | $ 3,980.00 | - | - | - | $ 01.47 | | $ 850.00 | |
| 05-21-2024 | 200 | 4.91 | $ 982.00 | 10-09-2024 | 200 | | $ 03.98 | $ 796.00 | - | - | - | $ 01.47 | | $ 186.00 | |
| 05-21-2024 | 700 | 4.91 | $ 3,437.00 | 10-09-2024 | 700 | | $ 03.97 | $ 2,779.00 | - | - | - | $ 01.47 | | $ 658.00 | |
| 05-21-2024 | 100 | 4.91 | $ 491.00 | 10-09-2024 | 100 | | $ 03.98 | $ 398.00 | - | - | - | $ 01.47 | | $ 93.00 | |
| 05-31-2024 | 1000 | 4.91 | $ 4,910.00 | 10-09-2024 | 1000 | | $ 03.97 | $ 3,970.00 | - | - | - | $ 01.47 | | $ 940.00 | |
| 06-10-2024 | 1000 | 4.2 | $ 4,200.00 | 10-09-2024 | 1000 | | $ 03.97 | $ 3,970.00 | - | - | - | $ 01.47 | | $ 230.00 | |
| 06-12-2024 | 700 | 5 | $ 3,500.00 | 10-09-2024 | 700 | | $ 03.97 | $ 2,779.00 | - | - | - | $ 01.47 | | $ 721.00 | |
| 06-12-2024 | 1000 | 4.04 | $ 4,040.00 | 10-09-2024 | 1000 | | $ 03.97 | $ 3,970.00 | - | - | - | $ 01.47 | | $ 70.00 | |
| 06-18-2024 | 500 | 5 | $ 2,500.00 | 10-09-2024 | 500 | | $ 03.97 | $ 1,985.00 | - | - | - | $ 01.47 | | $ 515.00 | |
| 06-24-2024 | 800 | 5 | $ 4,000.00 | 10-09-2024 | 800 | | $ 03.97 | $ 3,176.00 | - | - | - | $ 01.47 | | $ 824.00 | |
| 07-01-2024 | 1000 | 3.99 | $ 3,990.00 | 10-09-2024 | 1000 | | $ 03.97 | $ 3,970.00 | - | - | - | $ 01.47 | | $ 20.00 | |
| 07-19-2024 | 1000 | 5 | $ 5,000.00 | 10-09-2024 | 1000 | | $ 03.97 | $ 3,970.00 | - | - | - | $ 01.47 | | $ 1,030.00 | |

| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08-23-2024 | 1000 | 3.72 | $ 3,720.00 | 10-09-2024 | 1000 | | $ 03.97 | $ 3,970.00 | - | - | - | $ 01.47 | | -$ 250.00 | -$ 250.00 |
| 08-28-2024 | 36 | 3.63 | $ 130.68 | 10-09-2024 | 36 | | $ 03.97 | $ 142.92 | - | - | - | $ 01.47 | | -$ 12.24 | -$ 12.24 |
| 08-28-2024 | 964 | 3.63 | $ 3,499.32 | 10-09-2024 | 964 | | $ 03.97 | $ 3,827.08 | - | - | - | $ 01.47 | | -$ 327.76 | -$ 327.76 |
| 08-30-2024 | 1000 | 3.48 | $ 3,480.00 | 10-09-2024 | 1000 | | $ 03.97 | $ 3,970.00 | - | - | - | $ 01.47 | | -$ 490.00 | -$ 490.00 |
| 09-04-2024 | 1000 | 3.35 | $ 3,350.00 | 10-09-2024 | 1000 | | $ 03.97 | $ 3,970.00 | - | - | - | $ 01.47 | | -$ 620.00 | -$ 620.00 |
| 09-09-2024 | 1000 | 3.18 | $ 3,180.00 | 10-09-2024 | 1000 | | $ 03.97 | $ 3,970.00 | - | - | - | $ 01.47 | | -$ 790.00 | -$ 790.00 |
| 09-13-2024 | 1000 | 3.67 | $ 3,670.00 | 10-09-2024 | 1000 | | $ 03.97 | $ 3,970.00 | - | - | - | $ 01.47 | | -$ 300.00 | -$ 300.00 |
| 09-20-2024 | 1000 | 3.8 | $ 3,800.00 | 10-09-2024 | 1000 | | $ 03.97 | $ 3,970.00 | - | - | - | $ 01.47 | | -$ 170.00 | -$ 170.00 |
| 09-23-2024 | 1000 | 4.08 | $ 4,080.00 | 10-09-2024 | 1000 | | $ 03.97 | $ 3,970.00 | - | - | - | $ 01.47 | | $ 110.00 | |
| 09-26-2024 | 1000 | 4.27 | $ 4,270.00 | 10-09-2024 | 1000 | | $ 03.97 | $ 3,970.00 | - | - | - | $ 01.47 | | $ 300.00 | |
| 10-14-2024 | 500 | 4.06 | $ 2,030.00 | 10-21-2024 | 500 | | $ 04.30 | $ 2,150.00 | - | - | - | $ 01.47 | | -$ 120.00 | -$ 120.00 |
| 10-14-2024 | 500 | 4.06 | $ 2,030.00 | 10-21-2024 | 500 | | $ 04.30 | $ 2,150.00 | - | - | - | $ 01.47 | | -$ 120.00 | -$ 120.00 |
| 10-15-2024 | 1000 | 4 | $ 4,000.00 | 10-21-2024 | 1000 | | $ 04.30 | $ 4,300.00 | - | - | - | $ 01.47 | | -$ 300.00 | -$ 300.00 |
| 10-17-2024 | 1000 | 4.21 | $ 4,210.00 | 10-21-2024 | 1000 | | $ 04.30 | $ 4,300.00 | - | - | - | $ 01.47 | | -$ 90.00 | -$ 90.00 |
| 10-18-2024 | 1000 | 4.27 | $ 4,270.00 | 10-21-2024 | 1000 | | $ 04.30 | $ 4,300.00 | - | - | - | $ 01.47 | | -$ 30.00 | -$ 30.00 |
| 10-18-2024 | 1000 | 4.24 | $ 4,240.00 | 10-21-2024 | 1000 | | $ 04.30 | $ 4,300.00 | - | - | - | $ 01.47 | | -$ 60.00 | -$ 60.00 |
| 10-21-2024 | 2000 | 4 | $ 8,000.00 | 10-21-2024 | 2000 | | $ 04.30 | $ 8,600.00 | - | - | - | $ 01.47 | | -$ 600.00 | -$ 600.00 |
| 10-23-2024 | 1000 | 4.06 | $ 4,060.00 | | | | | | - | 1000 | 1000 | $ 01.47 | $ 1,471.20 | $ 2,588.80 | $ 2,588.80 |
| 10-28-2024 | 1000 | 3.99 | $ 3,990.00 | | | | | | - | 1000 | 1000 | $ 01.47 | $ 1,471.20 | $ 2,518.80 | $ 2,518.80 |
| 10-28-2024 | 1000 | 3.98 | $ 3,980.00 | | | | | | - | 1000 | 1000 | $ 01.47 | $ 1,471.20 | $ 2,508.80 | $ 2,508.80 |
| 10-30-2024 | 1000 | 3.94 | $ 3,940.00 | | | | | | - | 1000 | 1000 | $ 01.47 | $ 1,471.20 | $ 2,468.80 | $ 2,468.80 |
| 11-05-2024 | 500 | 5 | $ 2,500.00 | | | | | | - | 500 | 500 | $ 01.47 | $ 735.60 | $ 1,764.40 | $ 1,764.40 |
| 11-18-2024 | 500 | 5 | $ 2,500.00 | | | | | | - | 500 | 500 | $ 01.47 | $ 735.60 | $ 1,764.40 | $ 1,764.40 |
| 01-21-2025 | 1000 | 3 | $ 3,000.00 | | | | | | - | 1000 | 1000 | $ 01.47 | $ 1,471.20 | $ 1,528.80 | $ 1,528.80 |
| Matched against pre class period holdings | | | | 05-08-2024 | 200 | | $ 04.79 | $ 958.00 | - | - | - | $ 01.47 | | | |
| **Total:** | **37,200** | | **$156,955.65** | | **31,400** | | | **$127,369.00** | | **6,000** | **6,000** | | **$8,827.20** | **$21,717.45** | **$10,862.80** |

| | |
|---|---|
| **Client Name** | Douglas Lyon |
| **Company Name** | enCore Energy Corp. |
| **Ticker Symbol** | EU |
| **Security Type** | |
| **Class Period Start** | 03-28-2024 |
| **Class Period End** | 03-02-2025 |
| **90-DAY Lookback Period Start** | 03-03-2025 |
| **90-DAY Lookback Period End** | 05-12-2025 |
| **90-DAY Lookback Average** | $ 01.47 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $16,400.00 |
| DURA LIFO* Total | $16,400.00 |
| Gross Shares Purchased | 7,000 |
| Net Shares Retained | 7,000 |
| Net Funds Expended | $26,410.00 |

### Douglas Lyon - Account 3

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-01-2024 | 1000 | 3.96 | $ 3,960.00 | 04-17-2025 | | 1000 | $ 01.43 | | $ 1,430.00 | 1000 | - | $ 01.47 | | | $ 2,530.00 | $ 2,530.00 |
| 11-01-2024 | 1000 | 3.88 | $ 3,880.00 | 04-17-2025 | | 1000 | $ 01.43 | | $ 1,430.00 | 1000 | - | $ 01.47 | | | $ 2,450.00 | $ 2,450.00 |
| 11-04-2024 | 1000 | 3.61 | $ 3,610.00 | 04-17-2025 | | 1000 | $ 01.43 | | $ 1,430.00 | 1000 | - | $ 01.47 | | | $ 2,180.00 | $ 2,180.00 |
| 11-05-2024 | 1000 | 3.63 | $ 3,630.00 | 04-17-2025 | | 1000 | $ 01.43 | | $ 1,430.00 | 1000 | - | $ 01.47 | | | $ 2,200.00 | $ 2,200.00 |
| 11-14-2024 | 1000 | 3.57 | $ 3,570.00 | 04-17-2025 | | 1000 | $ 01.43 | | $ 1,430.00 | 1000 | - | $ 01.47 | | | $ 2,140.00 | $ 2,140.00 |
| 11-18-2024 | 1000 | 4 | $ 4,000.00 | 04-17-2025 | | 1000 | $ 01.43 | | $ 1,430.00 | 1000 | - | $ 01.47 | | | $ 2,570.00 | $ 2,570.00 |
| 11-26-2024 | 1000 | 3.76 | $ 3,760.00 | 04-17-2025 | | 1000 | $ 01.43 | | $ 1,430.00 | 1000 | - | $ 01.47 | | | $ 2,330.00 | $ 2,330.00 |
| **Total:** | **7,000** | | **$26,410.00** | | | **7000** | | | **$10,010** | **7,000** | | | | | **$16,400.00** | **$16,400.00** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS (Stock + Options) | |
|---|---|
| LIFO Loss Total | $53,418.45 |
| DURALIFO* Total | $39,215.80 |
| Gross Shares Purchased | 56,200 |
| Net Shares Retained | 20,800 |
| Net Funds Expended | $85,071.65 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.

**Douglas Lyon**
**Transactions in enCore Energy Corp. - EU**
**Class Period: 03-28-2024 to 03-02-2025, inclusive**

Buy B), Sell S), Sell to Open SO), Buy to Open BO), Sell to Close SC), Buy to Close BC)

| | |
|---|---|
| LIFO Losses/(Gain) Options | ($1,289.00) |
| *Dura* LIFO Losses/(Gain)* Options | ($4,539.00) |

Options

| Account Number | Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|---|
| Rollover IRA | 05/23/2024 | SO | -10 | PUT (EU) JUN 21 24 $5 | 0.45 | ($450.00) |
| Rollover IRA | 05/24/2024 | SO | -10 | PUT (EU) JUN 21 24 $5 | 0.45 | ($450.00) |
| Rollover IRA | 06/12/2024 | Assigned | 7 | PUT (EU) JUN 21 24 $5 | | $0.00 |
| Rollover IRA | 06/18/2024 | Assigned | 5 | PUT (EU) JUN 21 24 $5 | | $0.00 |
| Rollover IRA | 06/24/2024 | Assigned | 8 | PUT (EU) JUN 21 24 $5 | | $0.00 |
| Rollover IRA | 06/03/2024 | SO | -10 | PUT (EU) JUL 19 24 $5 | 0.45 | ($450.00) |
| Rollover IRA | 07/19/2024 | Assigned | 10 | PUT (EU) JUL 19 24 $5 | | $0.00 |
| Rollover IRA | 05/09/2024 | BO | 10 | CALL (EU) OCT 18 24 $4 | 1.26 | $1,260.00 |
| Rollover IRA | 05/10/2024 | BO | 10 | CALL (EU) OCT 18 24 $4 | 1.14 | $1,140.00 |
| Rollover IRA | 10/21/2024 | Exercised | -20 | CALL (EU) OCT 18 24 $4 | | $0.00 |
| Rollover IRA | 05/09/2024 | SO | -10 | CALL (EU) OCT 18 24 $6 | 0.38 | ($380.00) |
| Rollover IRA | 06/21/2024 | BC | 10 | CALL (EU) OCT 18 24 $6 | 0.1 | $100.00 |
| Rollover IRA | 10/21/2024 | SO | -10 | PUT (EU) NOV 15 24 $5 | 0.83 | ($830.00) |
| Rollover IRA | 11/05/2024 | Assigned | 5 | PUT (EU) NOV 15 24 $5 | | $0.00 |
| Rollover IRA | 11/18/2024 | Assigned | 5 | PUT (EU) NOV 15 24 $5 | | $0.00 |
| Rollover IRA | 08/28/2024 | BO | 10 | CALL (EU) JAN 17 25 $3 | 0.85 | $850.00 |
| Rollover IRA | 01/21/2025 | Exercised | -10 | CALL (EU) JAN 17 25 $3 | | $0.00 |
| ROTH IRA | 11/05/2024 | SO | -4 | CALL (EU) NOV 15 24 $4 | 0.05 | ($20.00) |
| ROTH IRA | 11/05/2024 | SO | -3 | CALL (EU) NOV 15 24 $4 | 0.08 | ($24.00) |
| ROTH IRA | 11/05/2024 | SO | -1 | CALL (EU) NOV 15 24 $4 | 0.09 | ($9.00) |
| ROTH IRA | 11/05/2024 | SO | -1 | CALL (EU) NOV 15 24 $4 | 0.08 | ($8.00) |
| ROTH IRA | 11/05/2024 | SO | -1 | CALL (EU) NOV 15 24 $4 | 0.08 | ($8.00) |
| ROTH IRA | 11/18/2024 | Expired | 10 | CALL (EU) NOV 15 24 $4 | | $0.00 |
| ROTH IRA | 11/05/2024 | SO | -4 | PUT (EU) NOV 15 24 $4 | 0.45 | ($180.00) |
| ROTH IRA | 11/05/2024 | SO | -3 | PUT (EU) NOV 15 24 $4 | 0.42 | ($126.00) |
| ROTH IRA | 11/05/2024 | SO | -1 | PUT (EU) NOV 15 24 $4 | 0.42 | ($42.00) |
| ROTH IRA | 11/05/2024 | SO | -1 | PUT (EU) NOV 15 24 $4 | 0.42 | ($42.00) |
| ROTH IRA | 11/05/2024 | SO | -1 | PUT (EU) NOV 15 24 $4 | 0.41 | ($41.00) |
| ROTH IRA | 11/18/2024 | Assigned | 10 | PUT (EU) NOV 15 24 $4 | | $0.00 |
| doug lyon- TOD | 11/11/2024 | SO | -7 | CALL (EU) NOV 15 24 $4 | 0.03 | ($21.00) |
| doug lyon- TOD | 11/18/2024 | Expired | 7 | CALL (EU) NOV 15 24 $4 | | $0.00 |
| doug lyon- TOD | 11/11/2024 | SO | -7 | PUT (EU) NOV 15 24 $4 | 0.37 | ($259.00) |
| doug lyon- TOD | 11/18/2024 | Assigned | 7 | PUT (EU) NOV 15 24 $4 | | $0.00 |
| doug lyon- TOD | 12/02/2024 | SO | -8 | CALL (EU) DEC 20 24 $4 | 0.11 | ($88.00) |
| doug lyon- TOD | 12/02/2024 | SO | -1 | CALL (EU) DEC 20 24 $4 | 0.1 | ($10.00) |
| doug lyon- TOD | 12/02/2024 | SO | -1 | CALL (EU) DEC 20 24 $4 | 0.1 | ($10.00) |
| doug lyon- TOD | 12/23/2024 | Expired | 10 | CALL (EU) DEC 20 24 $4 | | $0.00 |
| doug lyon- TOD | 12/02/2024 | SO | -8 | PUT (EU) DEC 20 24 $4 | 0.32 | ($256.00) |
| doug lyon- TOD | 12/02/2024 | SO | -1 | PUT (EU) DEC 20 24 $4 | 0.33 | ($33.00) |
| doug lyon- TOD | 12/02/2024 | SO | -1 | PUT (EU) DEC 20 24 $4 | 0.33 | ($33.00) |
| doug lyon- TOD | 12/03/2024 | SO | -9 | PUT (EU) DEC 20 24 $4 | 0.42 | ($378.00) |
| doug lyon- TOD | 12/03/2024 | SO | -1 | PUT (EU) DEC 20 24 $4 | 0.41 | ($41.00) |
| doug lyon- TOD | 12/04/2024 | SO | -10 | PUT (EU) DEC 20 24 $4 | 0.45 | ($450.00) |
| doug lyon- TOD | 12/23/2024 | Assigned | 30 | PUT (EU) DEC 20 24 $4 | | $0.00 |