**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SUN ZHONGJIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE ENERGY CORP., PAUL GORANSON, and SHONA WILSON,<br><br>Defendants. | Case No. 4:25-cv-01234<br><br>Judge Charles R. Eskridge |

## [PROPOSED] ORDER GRANTING MOTION OF ØYSTEIN KJELSVIK FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

Having considered the Motion of Øystein Kjelsvik for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Øystein Kjelsvik as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Block & Leviton LLP as Lead Counsel and Kendall Law Group, PLLC as Liaison Counsel for the class.

**SO ORDERED.**

Dated: _____

                                              _____
                                              HON. CHARLES R. ESKRIDGE
                                              UNITED STATES DISTRICT JUDGE