**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SUN ZHONGJIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ENCORE ENERGY CORP., PAUL GORANSON, and SHONA WILSON,<br><br>　　　　　　Defendants. | Case No. 4:25-cv-01234<br><br>Judge Charles R. Eskridge |

**DECLARATION OF JOE KENDALL IN SUPPORT OF**
**MOTION OF ØYSTEIN KJELSVIK FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, Joe Kendall, declare as follows:

1.　　I am a partner at the law firm of Kendall Law Group, PLLC ("Kendall Law"), liaison counsel for the proposed lead plaintiff Øystein Kjelsvik ("Mr. Kjelsvik") in the above-captioned action.  I submit this declaration in support of Mr. Kjelsvik's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Block & Leviton LLP ("Block & Leviton") as Lead Counsel and Kendall Law as Liaison Counsel for the Class.

2.　　Attached are true and correct copies of the following exhibits:

1

**Exhibit A:** Notice of pendency of class action published by Glancy Prongay & Murray LLP through Business Wire on March 14, 2025;

**Exhibit B:** Certification of Mr. Kjelsvik;

**Exhibit C:** Mr. Kjelsvik's loss estimate, prepared by counsel;

**Exhibit D:** Declaration of Mr. Kjelsvik;

**Exhibit E:** Block & Leviton firm résumé; and

**Exhibit F:** Kendall Law firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2025 in Dallas, Texas.

/s/ Joe Kendall
Joe Kendall

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record on May 13, 2025 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

/s/ *Joe Kendall*
Joe Kendall