# Exhibit B

**Certification Pursuant to Federal Securities Laws**

1.  I, Øystein Kjelsvik, make this declaration pursuant to Section 27(a)(2) of the Securities act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against enCore Energy Corp. ("enCore" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.  I did not transact in enCore Energy Corp. securities at the direction of plaintiff's counsel, or in order to participate in any private action under the federal securities laws.

4.  I am willing to serve as a representative party on behalf of a class of investors who purchased or otherwise acquired: enCore Energy Corp. securities during the Class Period, as specified in the Complaint; including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  Attached hereto as Schedule A is a list of all of my transactions in enCore Energy Corp. securities during the Class Period, as specified in the Complaint.

6.  During the past three years, I have not sought to serve as a representative party on behalf of a class under federal securities laws.

7.  I will not accept payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court in accordance with 15 U.S.C. 78u-4(a)(4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: ___05/13/2025_____

_Øystein Kjelsvik_____
Øystein Kjelsvik

**Schedule A**

Øystein Kjelsvik's Transactions in enCore Energy Corp. (EU):

| Type of Security | Date | Transaction | Quantity of Shares | Price per Share |
|---|---|---|---|---|
| Common Stock | 4/16/2024 | Buy | 12,619 | $4.2000 |
| Common Stock | 6/13/2024 | Buy | 5,541 | $4.0981 |
| Common Stock | 6/17/2024 | Buy | 12,106 | $4.1177 |
| Common Stock | 6/25/2024 | Buy | 12,987 | $3.8488 |
| Common Stock | 7/30/2024 | Buy | 1,933 | $3.6599 |
| Common Stock | 8/1/2024 | Buy | 13,736 | $3.62 |
| Common Stock | 8/7/2024 | Buy | 14,970 | $3.3291 |
| Common Stock | 8/8/2024 | Buy | 3,815 | $3.1000 |
| Common Stock | 8/13/2024 | Buy | 15,673 | $3.1899 |