# Exhibit C

# enCore LIFO Loss Estimate
## Øystein Kjelsvik

| Date | Transaction | Shares | Price Per Share | | Expenditure | |
|------|-------------|--------|-----------------|---|-------------|---|
| 4/16/24 | Buy | 12619 | $ | 4.2000 | $ | 52,999.80 |
| 6/13/24 | Buy | 5541 | $ | 4.0981 | $ | 22,707.57 |
| 6/17/24 | Buy | 12106 | $ | 4.1177 | $ | 49,848.88 |
| 6/25/24 | Buy | 12987 | $ | 3.8488 | $ | 49,984.37 |
| 7/30/24 | Buy | 1933 | $ | 3.6599 | $ | 7,074.59 |
| 8/1/24 | Buy | 13736 | $ | 3.6200 | $ | 49,724.32 |
| 8/7/24 | Buy | 14970 | $ | 3.3291 | $ | 49,836.63 |
| 8/8/24 | Buy | 3815 | $ | 3.1000 | $ | 11,826.50 |
| 8/13/24 | Buy | 15673 | $ | 3.1899 | $ | 49,995.30 |
| | | | | | | |
| **Total** | | 93380 | $ | 3.6839 | $ | 343,997.95 |
| 90-Day Lookback Estimate | | 93380 | $ | 1.4714 | $ | 137,399.33 |
| **Estimated Loss** | | | | | **$** | **(206,598.62)** |