**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| SUN ZHONGJIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE ENERGY CORP., PAUL GORANSON, and SHONA WILSON,<br><br>Defendants. | Civil Action No. 4:25-cv-01234<br><br>**DECLARATION OF SAMMY FORD IV IN SUPPORT OF THE MOTION OF EPHRAIN RELIFORD FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

I, Sammy Ford IV, hereby declare as follows:

1.      I am an attorney with the law firm Ahmad, Zavitsanos & Mensing, PLLC, liaison counsel for Lead Plaintiff movant Ephrain Reliford ("Reliford") and proposed Liaison Counsel for the class in the above-captioned action. I make this declaration in support of the Motion of Reliford for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      Press release published March 14, 2025 on *Business Wire*, announcing the pendency of the above-captioned securities class action against the defendants herein;

Exhibit B:      Reliford's Signed PSLRA Certification;

Exhibit C:      Analysis of Reliford's financial interest;

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit E:      Firm résumé of Ahmad, Zavitsanos & Mensing, PLLC

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 13th day of May 2025.

*/s/ Sammy Ford IV*
Sammy Ford IV

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, May 13, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Sammy Ford IV
Sammy Ford IV

2