## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| SUN ZHONGJIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>ENCORE ENERGY CORP., PAUL GORANSON, and SHONA WILSON,<br><br>     Defendants. | Civil Action No. 4:25-cv-01234<br><br>**[PROPOSED] ORDER** |

Having considered the Motion of Ephrain Reliford for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED;

2.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Ephrain Reliford as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel and Ahmad, Zavitsanos & Mensing, PLLC as Liaison Counsel for the class.

**SO ORDERED.**

Dated:  _____

                                                       _____

                                                       HON. CHARLES ESKRIDGE
                                                       UNITED STATES DISTRICT JUDGE

1