# EXHIBIT C

**Company Name:**  enCore Energy Corp.
**Ticker:**  EU
**Class Period:**  03/28/2024 - 03/02/2025
**Name:**  Ephrain Reliford

### LIFO Loss Excluding In-And-Out Transactions

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/3/2025 | 8,477 | $3.2800 | -$27,804.5600 | | $0.0000 | -$27,804.56 |
| 2/11/2025 | 18 | $2.8500 | -$51.3000 | | $0.0000 | -$51.30 |
| 4/7/2025 | -5,727 | | $0.0000 | $1.4681 | $8,407.6765 | $8,407.68 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **2,768** | | | | **Subtotal:** | **-$19,448.18** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $4,043.01 |
| | | | $1.4606 | | **Mod. LIFO Total:** | **-$15,405.17** |

Notes

In this analysis, losses are only attributed to shares held through corrective disclosures, as determined by the Last-In-First-Out ("LIFO") methodology.  The 90-Day Average Price used in this financial interest analysis is the average closing price between March 3, 2025 and May 8, 2025. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.