# EXHIBIT E

# AZA TRIAL EXPERTISE, INDUSTRY KNOWLEDGE, AND INTELLECTUAL HORSEPOWER

AZA is a full-service trial firm, regularly obtaining remarkable results for clients in contract disputes, intellectual property matters, employment and FLSA lawsuits, catastrophic accident and wrongful death actions, environmental cases, and other business disputes. We are first and foremost trial lawyers who clients trust to take on the most difficult cases. Our lawyers are strategic and aggressive, highly skilled in court, and experienced as plaintiff and defense counsel.

We're proud to represent clients in many different industries. Some of our biggest include, Ben & Jerry's, Chevron, CITGO, DistributionNOW, G&H Diversified, Halliburton, Landry's Restaurant's Inc., LyondellBasell, National Oilwell Varco, NRG, PEMEX, Ryan LLC, TeamHealth, Total Energies, Transocean, Valero, and Weatherford.

Our partners have tried over 250 cases. Our opponents know that we will try the case and do it well. We tried 23 cases total in the years 2018 and 2019. In 2020, when many courts were closed because of COVID-19, we tried six cases. In 2021 and 2022 we tried 27 total. We tried 21 cases in 2023 and 18 cases in 2024. We have already tried 4 cases in 2025. We are not aware of a single Texas firm that has tried as many commercial cases in that span. We combine this trial expertise with academic credentials that match or exceed any other firm. Our attorneys hail from the best law schools and served in the most prestigious clerkships. This combination of trial experience and intellectual horsepower creates settlement leverage that other firms cannot equal.

We have been named Litigation Department of the Year by Texas Lawyer three times and our lawyers are routinely named as among the best in the state. We are among a handful of Texas firms rated in Chambers, and we are ranked as Tier 1 Firm by U.S. News and World Report. Three of our lawyers routinely make the list of Top 100 Super Lawyers in Texas and Houston. We are highly respected by the state and federal judiciary.

We have achieved remarkable results in all types of cases. But we are first and foremost trial lawyers who clients trust to take on the most difficult cases.





# SOME RECENT VICTORIES

## CONTRACT DISPUTES

*Fremont Emergency Services, et al. v. United Healthcare Insurance Co., et al.;* **No. A-19-792978; In the Eighth Judicial District Court of Nevada, Clark County**
AZA represented three Nevada-based emergency room physician groups against United Healthcare, the largest insurance company in the nation, for systematic underpayment of emergency room services. After a seven-week jury trial, AZA secured $63.7 million in actual and punitive damages. With attorney fees, the amount of the verdict exceeds $75 million.

*Port of Houston v. Louis Dreyfus Company*; **No. 4:19-cv-00746; In the United States District Court for the Southern District of Texas**
AZA represented the Port in a commercial lease dispute against international commodities broker Louis Dreyfus. The Port alleged Dreyfus had breached the lease by failing to implement capital improvements during the term. After a one-week trial involving seven experts, the jury awarded AZA's client $22.3 million. After interest and attorney's fees, the total amount of the verdict exceeds $28 million.

*Prime Natural Resources v. Certain Underwriters at Lloyd's, London et al.;* **No. 2015-51137; In the 129th District Court in Harris County, Texas**
AZA took over a bad faith insurance case against Lloyd's for refusing to cover damages to its client's offshore oil facilities. This case had dragged on for ten years before AZA became involved. AZA tried the case and secured a $41.6 million verdict, which included over $20 million in punitive damages.

*National Oilwell Varco, L.P. v. Sadagopan, et al.;* **No. 4:16cv02261; In the United States District Court for the Southern District of Texas**
AZA represented National Oilwell Varco in an arbitration against one of its former employees, who had been among the company's senior-most executives. This employee sued AZA's client for over $10 million, alleging wrongful termination and breach of contract. National Oilwell Varco defended its termination and asserted counterclaims against the claimant predicated on his participation in various massive schemes to defraud NOV overseas. In the end, the claimant received nothing and AZA's client was awarded over $15 million on its counterclaims, including $7.5 million in punitive damages. AZA also handled the related federal lawsuit National Oilwell Varco brought against claimant's co-conspirators located overseas. AZA obtained an additional $12 million judgment against the overseas defendants.

# SOME RECENT VICTORIES

## INTELLECTUAL PROPERTY

***SandBox Logistics, LLC and Oren Technologies, LLC v. Proppant Express Investments, LLC, Proppant Express Solutions, LLC, and Liberty Oilfield Services, LLC.;* No. 4:17-cv-00589; In the United States District Court for the Southern District of Texas**
Our client, fracking company Liberty Oilfield Services, was sued for over $50 million for patent infringement. The plaintiff alleged Liberty stole revolutionary oilfield logistical technology and used an affiliate to accomplish this theft. The parties took thirty depositions and designated ten experts. Six weeks before trial the plaintiff dropped the case against Liberty. Liberty paid nothing.

***TechnipFMC plc v. Samik Mukherjee and McDermott International, Inc.;* Civil Action No. 2018-53084; In the 164th District Court of Harris County, Texas**
In 2019 AZA brought a $150 million trade secret misappropriation case against McDermott and a former senior TechnipFMC officer on behalf of TechnipFMC. The case involved depositions and other discovery taken all over the world. AZA won a temporary restraining order, temporary injunction, and defeated seven motions for summary judgment. After just one week of trial, the case settled on favorable terms.

***Hunter Buildings & Manufacturing, L.P., Hunter Buildings, L.L.C., Hunter Buildings International, L.L.C., BBG Group, L.L.C., Milo Nickel, and Thomas Michael LeBlanc v. MBI Global, L.L.C.;* No. 14-12-00246-CV; In the Texas 14th Court of Appeals**
AZA achieved an important win for a client in a bet-the-company trade secrets case in which the plaintiff sought more than $100 million in damages. The plaintiff alleged that AZA's clients breached their fiduciary duties and misappropriated trade secrets. At the end of the trial, the jury found that, while some defendants were liable, AZA's clients had no liability. The trial court ruled, however, that all the defendants were jointly and severally liable and ordered them to split the judgment. AZA appealed, and in 2014, the Court of Appeals reversed and rendered the judgment. AZA's clients paid nothing.

***DNOW v. Eoff, et al.***
AZA defeated a national employment firm in a trade secret trial against thirteen former DNOW employees. After a 3-month long jury trial, AZA won a $9 million jury verdict for damages and attorneys' fees and obtained a conspiracy finding against the defendants who had stolen tens of thousands of files from AZA client, DNOW. To protect DNOW's information, AZA took the case from the day it was hired to trial in less than six months.





# SOME RECENT VICTORIES

## EMPLOYMENT

*Vital, et al. v. National Oilwell Varco;* **No. 4:12cv01357; In the United States District Court for the Southern District of Texas**
AZA defeated a nationally known civil rights lawyer when the firm secured a victory for client National Oilwell Varco in a multi-plaintiff discrimination lawsuit filed by employees seeking over $120 million.The plaintiffs complained of racial discrimination, hostile work environment, retaliation, and alleged widespread use of racial epithets by NOV personnel. After hearing 12 days of testimony, the federal jury rendered a complete defense verdict.

*Ruben Taveras, et al. v. PSC Industrial Outsourcing LP, et al.; Civil Action* **No. 2:17-cv-06883-CCC-SCM; In the United States District Court for the District of New Jersey**
We defeated a New Jersey wage and hour class action for PSC through motion practice. The plaintiffs alleged they had been illegally underpaid tens of millions of dollars under New York prevailing wage statutes. We argued the plaintiffs could not make the necessary showing under those laws and to support a class. The Court agreed, ruled in our favor on a motion to dismiss, and tossed the case.

*Anthony Stephen and Ramon Gonzalez, individually and as a proxy of the State of California on behalf of aggrieved employees v. PSC Industrial Outsourcing, LP, and Does 1 to 100, inclusive;* **Cause No. BC710752; In the Superior Court of the State of California for the County of Los Angeles**
Two individuals brought a class action against AZA's client for numerous violations of California wage and hour laws, seeking penalties of over $26 million under the California Private Attorney General Act. AZA obtained summary judgment on nearly all the class claims and settled the remainder at a steep discount.

# SOME RECENT VICTORIES

## WRONGFUL DEATH AND CATASTOPHIC PERSONAL INJURY

*Julie Smith, et al. v. Red Mountain Energy, LLC, et al.;* **No. CJ-2018-60; In the Pittsburg County Court of Oklahoma**
AZA represented NOV in a wrongful death case about a 2018 oil rig explosion in Oklahoma, the deadliest drilling accident since the Deepwater Horizon rig incident in 2010. Plaintiffs sought $200 million from NOV. Other defendants settled with plaintiff prior to trial, leaving NOV the only remaining defendant at trial. In January 2020, after three weeks of testimony, the jury found that NOV was only 10% responsible and required NOV to pay $2 million—one percent of what the plaintiffs' lawyers sought.

*Michael Smith, et al v. Air Liquide USA LLC;* **Cause No. 2013-74281; In the 165th Judicial District Court of Harris County, Texas**
AZA defended Air Liquide before OSHA on a plant explosion that resulted in catastrophic injuries and fatalities. After a six-month investigation, OSHA did not issue the client a single citation. AZA then compelled the death and personal injury matters to arbitration, settling them favorably shortly afterward.

*Motion Industries (Canada), Inc. (a subsidiary of Genuine Parts Company) v. American Completion Tools;* **Civil Action File No. 4:15-cv-2206; In the United States District Court for the Southern District of Texas, Houston Division**
AZA defended Motion Industries in a catastrophic burn injury matter. The plaintiff claimed that he was severely burned when filtration equipment at a LyondellBasell facility in Houston failed. The plaintiff sued Motion Industries for supplying defective components. AZA obtained full summary judgment on the plaintiff's claims.

*Purviben Vyas, et al v. Weatherford U.S., L.P. and Samie Lee Whittington; Cause* **No. 2018-61067; In the 215th Judicial District Court of Harris County, Texas**
AZA recently represented Weatherford in a wrongful death case involving multiple fatalities and injuries and potential criminal liability for Weatherford's driver. The decedents' families brought claims for $100 million. AZA launched a detailed investigation immediately, enlisted the support of experts, developed comparative responsibility theories, and settled the case favorably before the beginning of discovery.



AZA



# SOME RECENT VICTORIES

## ARBITRATION

**Midstream.** AZA defended a pipe manufacturer in a $150 million AAA warranty claim arbitration arising out of several pipeline explosions. The four-year dispute culminated in a three-week final hearing, after which the tribunal issued a take-nothing award in AZA's client's favor.

AZA also handled a confidential $40 million ad hoc arbitration for a natural gas pipeline company against a compression company. AZA's attorneys obtained nearly a full-value settlement on the eve of the hearing, against a team of lawyers from one of Houston's best-known firms. The compression company's CEO later confided to AZA's client that AZA had "outlawyered" the other side's attorneys.

**Downstream.** AZA defeated a $250 million claim in a AAA proceeding that a refinery and marketing firm brought against AZA's client, an oil and gas producer, relating to disputed crude purchases. Following the final hearing, the tribunal awarded the claimant nothing.

**Upstream.** AZA secured a confidential settlement in a $20 million AAA arbitration regarding indemnity for environmental contamination. AZA's client is one of the largest upstream oil and gas producers in the world.

**Insurance.** AZA defeated $130 million in claims for a reinsurer respondent in a AAA dispute involving multiple direct insurers and their insureds on claims for fraud, conversion, RICO, malpractice, breach of fiduciary duty, negligence, and veil-piercing. The claimants sought $130 million. After a nine-week hearing, the arbitrators awarded zero recovery against AZA's client.

**Healthcare.** AZA recently prevailed in the liability phase of a $100 million AAA arbitration for a thousand-member radiology group against an insurance company, for breaching the parties' provider agreement. The second phase on damages will begin in June 2023.

**Finance.** AZA currently represents a litigation-finance lender in an AAA financing dispute. AZA's client is seeking the full $120 million balance of the parties financing agreement plus attorney's fees, costs, and expenses, from both the law-firm borrower and its personal guarantors.



# SOME RECENT VICTORIES

## CONSTRUCTION

***Rothwell Energy Services, LLC v. CITGO Petroleum Company;* Cause No. 2019-20949, In the 152nd Judicial District of Harris County.**
AZA prevailed at trial for CITGO against Rothwell, CITGO's construction contractor, in a contract case related to desalination plants. AZA convinced the jury that the contract was a product of fraud and convinced the jury that the contractor was entitled to nothing.

***Enterprise Products Operating LLC, et al v. Troy Construction, LLC and Wood Group Mustang, Inc.;* Cause No. 2013-37649 In the 190th Judicial District Court, Harris County.**
AZA represented Enterprise Products in a $40 million construction defect case arising out of a pipeline project. After roughly a year of litigation, the matter settled very favorably on the eve of trial.

***Troy Construction, LLC v. Grand Prixe Pipeline, LLC,* Cause No. 2019-42743; In the 151st District Court of Harris County, Texas.**
AZA defended Grand Prixe in a $74 million breach of pipeline construction and fraud contract case. Grand Prixe is a joint venture between Blackstone and Targa Resources. After AZA effectively asserted ratification and other defenses, the case settled favorably.

***Interpoint Acquisition Group IV LP et. al., v. JM Assets, LP, et al.,* Cause No. 2020-62816; In the 113th Harris County Judicial District Court.**
AZA represented Interpoint in a $42 million construction contract fight with JM Assets. AZA prevailed on summary judgment and the case settled soon thereafter.

***Patriot Contracting LLC. v. HERC Solutions USA LLC, et al.,* Cause No. 2017-19892; In the 113th Harris County Judicial District Court.**
AZA currently represents Mid-Main Properties in litigation against several contractors for construction defects and delays arising out of a mixed-use development in downtown Houston. The parties are asserting claims in excess of $25 million against one another.

AZA



# Sammy Ford IV
Partner

P: 713-600-4965
F: 713-655-0062
sford@azalaw.com

## What Sammy's Clients Say:

*"Sammy's level of sophistication is very strong. His commercial awareness and vision is very strong. Sammy played a critical role in a recent trial that resulted in a favorable outcome for us. In particular, I believe his cross examination of a critical witness and closing statement were essential to the jury finding in our favor."*

Sammy Ford IV has tried over 20 cases before judges, juries, and arbitrators in his career. He represents companies and individuals around the country in all manner of civil matters, including complex commercial litigation, business torts, securities class actions, and catastrophic personal injury cases. He is board certified in Personal Injury Trial Law by the Texas Board of Legal Specialization.

In 2024, he successfully represented an offshore oil and gas company in a case involving gas compressors. After defeating the plaintiff's multiple attempts at obtaining an injunction, Sammy lead a trial team in a bench trial in Federal Court. After Sammy's cross-examination of plaintiff's CEO, the Court, referring to the CEO's damages model noted: "This looks like a make-weight argument that was made up for litigation. I'm not too impressed by it, but you can go ahead."

Later that year, on the opposite side of the aisle, Sammy led a trial team that secured an 8-figure settlement for the family of a man who had been killed due to another's negligence. The case settled three days before trial.

In 2022, he successfully tried a case on behalf of the Port of Houston against a former tenant over the condition of the premises after the tenant moved out. A Houston jury awarded his client $22,317,000. In 2021, as first chair he successfully represented emergency room physicians in obtaining a $19.1 million Houston jury verdict against a large

insurance company in the first case in the nation to litigate emergency room physicians' out-of-network pay from private insurance companies under the Affordable Care Act. In 2017, he served as second chair in a trial for an energy client suing an insurance company that refused to pay for damage to an offshore well caused by Hurricane Rita. The jury returned a verdict of $41.6 million. The case was one of the top 100 2017 verdicts in the nation according to the National Law Journal.

He graduated with honors from the University of Texas School of Law in 2007. While there, he served as Development Editor of The Review of Litigation and as Chair of the Career Services Committee of the Thurgood Marshall Legal Society. He participated in the school's first Supreme Court Clinic and was on a team that convinced the U.S. Supreme Court to review a client's case during a term in which the Court agreed to hear only 78 of the 8,517 cases filed. Following law school, Mr. Ford clerked for the Honorable Jerry E. Smith of the U.S. Court of Appeals for the Fifth Circuit.

He was elected to the prestigious American Board of Trial Advocates (ABOTA), an elite group of the country's leading trial lawyers. He has been recognized by attorneys across the United States, making the list of the *Best Lawyers in America* 2020-2025 for commercial litigation and in 2022 for both plaintiff and defendant personal injury litigation. He was also named a 2017-2021 "Top 100 Texas Up & Coming" lawyer on the Texas Rising Stars list for his business litigation skills. Rising Stars, which has listed Mr. Ford since 2013, honors leading attorneys aged 40 and younger and those who have been in practice no more than 10 years. Super Lawyers also cited him for his business litigation acumen on their annual list of Texas Super Lawyers from 2021-2024.

Sammy is a native Houstonian who attended St. Thomas High School where he served on the board on the board for six years. During his time on the board, St. Thomas launched and completed the largest capital campaign in the school's 100 plus year history. He attended Harvard University and graduated with high honors, magna cum laude, in 2004. At Harvard, he served as Historian of the Harvard Political Union, the College's debating society, and as Secretary of Harvard CHANCE, a group dedicated to mentoring and tutoring students from Cambridge Rindge and Latin School.

He is active in the community as a member of the local and state bar associations. He is past-Chair of the State Bar's Computer and Technology Section Council, a member of the Pattern Jury Charge Committee, and Chair of the Houston Bar Association's Litigation Section.

## EDUCATION

- **The University of Texas School of Law, Austin, Texas**
  - J.D. – 2007
  - Thurgood Marshall Legal Society, Chair: Career Services Committee, 2005-2006
  - Review of Litigation (Volume 26), Development Editor, 2006 – 2007
  - Review of Litigation (Volume 25), Staff Member, 2005 – 2006
- **Harvard College**
  - A.B. (*Magna cum laude*) – 2004

## CERTIFIED LEGAL SPECIALTIES

- Board Certified Personal Injury Trial Law, Texas Board of Legal Specialization

## BAR ADMISSIONS

- Texas, 2008
- U.S. District Court Northern District of Texas
- U.S. District Court Southern District of Texas
- U.S. District Court Western District of Texas
- U.S. Court of Appeals 5th Circuit
- U.S. Court of Appeals 10th Circuit

## CLASSES/SEMINARS

- Top 10 Tips in Preparing for Trial, Houston Bar Association Webinar, January 8, 2021
- Trials, Depositions, Hearings, and other Remote Proceedings, State Bar of Texas Webinar, December 11, 2020
- Ethics of A.I. & the Practice of Law, ACC Houston Annual Symposium Webinar, August 19, 2020
- HBA Litigation Section's 50th Anniversary of the 189th & 190th District Courts, Diversity: Winning with Inclusion, Panel moderator, September 19, 2019
- E-Discovery Update, Harris County Civil Judges Conference, August 5, 2019
- Top 10 Mistakes at Trial, Houston Paralegal Association- Advanced Paralegal Conference, April 26, 2019
- Silver Tongues: A Mock Voir Dire, 2019 HBA Civil/Appellate Bench Bar Conference,  April 11, 2019
- Technology and the Law: 30 Apps in 30 Minutes, 17th Annual Texas Minority Attorney Program, April 5, 2019
- Top 10 Mistakes at Trial, Houston Bar Association seminar, March 15, 2019
- Building a Resilient Law Office: Tips on Making Sure That Disasters and Acts of God Don't Disrupt Your Practice, State Bar of Texas Annual Meeting, June 22, 2018
- 60 Apps in 60 Minutes, State Bar of Texas Annual Meeting, June 22, 2017
- Evidentiary Update: Experts, Attorney Fees, and Net Worth, panel at 2017 Houston Bar Association Civil/Appellate Bench Bar Conference, April 6, 2017
- New Discoveries in ... Discovery, Corporate Counsel Institute, April 7, 2016
- New Federal Rules of e-Discovery, Advanced Evidence and Discovery, April 8, 2016
- Embrace the Power of Difference, Panelist, Bar Leaders Conference, July 25, 2015
- Cloudy, with a Chance of Ethics, State Bar of Texas Annual Meeting , June 19, 2015
- Technology in Your Law Practice: 30 Apps in 30 Minutes, Handling Your First (Or Next) Auto Collision Case, State Bar of Texas, December 10, 2014
- 30 Apps in 30 Minutes: Turning Your Mobile Device into an Advocate, President?s Annual Meeting and Advanced Personal Injury Seminar, Texas Trial Lawyers Association, December 4, 2014
- 30 Apps in 60 Minutes for Trial and Appellate Lawyers ? Turning Your iPhone (or Android) into an Advocate, Texas Association of Civil Trial and Appellate Specialists meeting, October 16, 2014
- The Ethics of Cloud Computing, Computer and Technology Section, State Bar of Texas, January 2014
- Technology Skills for New Lawyers – What Law Students Need to Know, Houston Area Law Library Association, South Texas of Law, November 13, 2013
- 45 Apps in 45 Minutes, Eastern District of Texas Bar Foundation?s 2013 Bar Conference, October 30, 2013
- The Ethics of Cloud Computing, Law Practice Management Section, Houston Bar Association, September 11, 2013
- Mobile Applications, State Bar of Texas Annual Meeting, June 21, 2013
- Ethics of Cloud Computing, Houston Bar Association CLE, April 26, 2013
- Ethics of Cloud Computing, Houston Metropolitan Paralegal Association, March 12, 2013
- Cloud Computing and the Law, State Bar of Texas Annual Meeting, June 14, 2012
- Course Director, Personal Injury CLE, April 26, 2012

## HONORS AND AWARDS

- 2025 Houston Bar Association President's Award
- American Board of Trial Advocates (ABOTA) member
- ABOTA's National Board of Representatives 2020
- Best Lawyers in America 2020-2025
- President's Award for Outstanding Service to the HBA on the Continuing Legal Education Committee
- Outstanding Pro Bono Partnership award from Chevron for 2019
- Top Lawyers List – Personal Injury, Houstonia Magazine, 2014
- Hot List, Lawyers of Color, 2014
- Top 40 Under 40, The National Trial Lawyers Association, 2013 – 2014
- Top 100 Trial Lawyers, The National Trial Lawyers Association, 2013 – 2014
- Texas Super Lawyers, a Thomson Reuters Business, 2021-2024
- Texas Rising Star honors as presented by Super Lawyers, a Thomson Reuters Business, 2013 – 2021
- "Top 100 Texas Up & Coming" lawyer named by Texas Rising Stars 2017 – 2021
- Top 500 Leading Litigators in America by Lawdragon, 2025

**PROFESSIONAL ASSOCIATIONS AND MEMBERSHIPS**

- State Bar of Texas, Chair of the Computer & Technology Section Council 2018-2019; Council member 2011 – Present
- State Bar of Texas, Pattern Jury Charges – General Negligence committee, appointments 2016 – 2022
- St. Thomas High School, Board of Directors, 2013 – Present
- Houston Bar Association, Litigation Section, Council Member, 2019 – 2020
- Houston Bar Association, Member, Law Week Committee, 2011 – 2015
- Houston Bar Association, Member, Houston Lawyer Editorial Board, 2011 – 2015
- Houston Bar Association, Co-Chair, Golf Committee, 2012 – 2013
- Houston Bar Foundation, Member, 2013
- Texas Bar Foundation, Fellows, Member, 2013
- Houston Trial Lawyer Association, Board of Directors, 2011 – 2012
- St. Thomas High School, Member, Alumni Board, 2011 – Present
- Houston Bar Association, Member, Bench-Bar Pro Bono Committee, 2011 – 2012
- Texas Trial Lawyers Association, Member
- Houston Bar Association, Member
- Houston Young Lawyer Association, Member
- Houston Chowhounds, Member

**PAST EMPLOYMENT POSITIONS**

- Abraham, Watkins, Nichols, Sorrels, Agosto & Friend, 2010-2016
- Susman Godfrey, LLP, Houston, Texas, Associate, 2008 – 2010
- Honorable Jerry E. Smith, Circuit Judge, United States Court of Appeals for the Fifth Circuit, Law Clerk, 2007 – 2008

**IN THE NEWS**

- AZA Defeats $123.7 Million Breach of Contract Claim in First Major Winter Storm Uri Natural Gas Trading Jury Trial (https://azalaw.com/aza-defeats-123-7-million-breach-of-contract-claim-in-first-major-winter-storm-uri-natural-gas-trading-jury-trial/)

- AZA Partner Sammy Ford IV Wins HBA President's Award (https://azalaw.com/aza-partner-sammy-ford-iv-wins-hba-presidents-award/)

- AZA Gets Lawyer's Discrimination Lawsuit Against Post Oak Hotel Tossed (https://azalaw.com/aza-gets-lawyers-discrimination-lawsuit-against-post-oak-hotel-tossed/)

- Eleven AZA Lawyers Named Lawdragon Leading Litigators (https://azalaw.com/eleven-aza-lawyers-named-lawdragon-leading-litigators/)

- More than half of AZA's attorneys honored as Best Lawyers and Ones to Watch (https://azalaw.com/more-than-half-of-azas-attorneys-honored-as-best-lawyers-and-ones-to-watch/)

- Ten AZA Lawyers Make 2023 Super Lawyers List; Two are Top in Texas  (https://azalaw.com/ten-aza-lawyers-make-2023-super-lawyers-list-two-are-top-in-texas/)

- Twenty-Six AZA Lawyers Honored as Best Lawyers and Ones to Watch (https://azalaw.com/twenty-six-aza-lawyers-honored-as-best-lawyers-and-ones-to-watch/)

- Nine AZA Lawyers On the Super Lawyers List; Two in Texas Top 100 (https://azalaw.com/nine-aza-lawyers-on-the-super-lawyers-list-two-in-texas-top-100/)

- Ten AZA Lawyers Ranked among US Best for Commercial, Intellectual Property, Appellate and Personal Injury Litigation for 2023 (https://azalaw.com/ten-aza-lawyers-ranked-among-us-best-for-commercial-intellectual-property-appellate-and-personal-injury-litigation-for-2023/)

- AZA Wins for Healthcare Clients Earn Top Verdict Rankings in Texas, US (https://azalaw.com/aza-wins-for-healthcare-clients-earn-top-verdict-rankings-in-texas-us/)

- AZA Client Port of Houston Wins $22.32 Million Jury Verdict in Federal Court (https://azalaw.com/aza-client-port-of-houston-wins-22-32-million-jury-verdict-in-federal-court/)

- **Ten AZA Lawyers Make Super Lawyers List; Four Rank among Top 100  (https://azalaw.com/ten-aza-lawyers-make-super-lawyers-list-four-rank-among-top-100/)**

- **Twelve AZA Lawyers Ranked among US Best for Commercial, Intellectual Property, Personal Injury Litigation and Appellate Law for 2022  (https://azalaw.com/twelve-aza-lawyers-ranked-among-us-best-for-commercial-intellectual-property-personal-injury-litigation-and-appellate-law-for-2022/)**

- **Houston Jury Sends U.S. Insurance Companies a Strong Message on Behalf of Emergency Room Doctors (https://azalaw.com/houston-jury-sends-u-s-insurance-companies-a-strong-message-on-behalf-of-emergency-room-doctors/)**

- **Eleven AZA Lawyers Make the 2021 Texas Rising Stars List   (https://azalaw.com/eleven-aza-lawyers-make-the-2021-texas-rising-stars-list/)**

- **AZA Trial Lawyers Among Nation's Best for Commercial, Intellectual Property Litigation and Appellate Law for 2021  (https://azalaw.com/aza-trial-lawyers-among-nations-best-for-commercial-intellectual-property-litigation-and-appellate-law-for-2021/)**

- **Sammy Ford IV is Named AZA Partner  (https://azalaw.com/sammy-ford-iv-is-named-aza-partner/)**

- **Nine AZA Lawyers Earn 2020 Texas Rising Stars Accolades  (https://azalaw.com/nine-aza-lawyers-earn-2020-texas-rising-stars-accolades/)**

- **AZA Gets Turkey Leg Hut Restaurant Lawsuit Dissolved in Two Weeks  (https://azalaw.com/aza-gets-turkey-leg-hut-restaurant-lawsuit-dissolved-in-two-weeks/)**

- **AZA Wins First Amendment Appellate Ruling for Client Defamed on Facebook** (https://azalaw.com/aza-wins-first-amendment-appellate-ruling-for-client-defamed-on-facebook/)

- **Ten AZA Lawyers Earn 2019 Texas Rising Stars Accolades (https://azalaw.com/ten-aza-lawyers-earn-2019-texas-rising-stars-accolades/)**

- **AZA Scores One of the Nation's Top 100 Verdicts of 2017 (https://azalaw.com/aza-scores-one-of-the-nations-top-100-verdicts-of-2017/)**

- Fourteen AZA Lawyers Earn 2018 Texas Rising Stars Accolades (https://azalaw.com/fourteen-aza-lawyers-earn-2018-texas-rising-stars-accolades/)
- Prime Natural Resources Wins $41.6 Million in Wellsure Insurance Dispute (https://azalaw.com/prime-natural-resources-wins-41-6-million-wellsure-insurance-dispute/)
- Sammy Ford Honored by Houston Bar Association for CLE Work (https://azalaw.com/sammy-ford-honored-houston-bar-association-cle-work/)
- Sammy Ford Is Fourth AZA Lawyer Elected to American Board of Trial Advocates (https://azalaw.com/sammy-ford-fourth-aza-lawyer-elected-american-board-trial-advocates/)
- Nine from Houston's AZA Law Firm Earn 2017 Texas Rising Stars Honors (https://azalaw.com/nine-houstons-aza-law-firm-earn-2017-texas-rising-stars-honors/)
- AZA's Jane Langdell Robinson Earns Prestigious Civil Appellate Law Certification (https://azalaw.com/azas-jane-langdell-robinson-earns-prestigious-civil-appellate-law-certification/)
- New AZA Attorneys (https://azalaw.com/landing/new-aza-attorneys/)
- FMC Technologies, Employee Force Cameron to Drop Non-Compete Suit in Texas (https://azalaw.com/fmc-technologies-employee-force-cameron-drop-non-compete-suit-texas/)
- Nine from Houston's AZA Law Firm Earn 2016 Texas Rising Stars Honors (https://azalaw.com/nine-from-houstons-aza-law-firm-earn-2016-texas-rising-stars-honors/)











AZA

# Davis Metzger
Associate

P: 713-600-4928
F: 713-655-0062
dmetzger@azalaw.com

---

Davis Metzger is a trial lawyer and a graduate of the University of Virginia School of Law, where he was a Lead Articles Editor for the Journal of Law and Politics and Co-President of the UVA Lone Star Lawyers Association. During law school, Mr. Metzger also won first place in the National Telecommunications Moot Court Competition in Washington, D.C. Mr. Metzger is a former AZA summer associate. Mr. Metzger received the second highest score on the July 2024 Texas Bar Exam out of 3,299 individuals.

Mr. Metzger recently served as a panelist for a CLE titled, "Domestic and International Climate Change Litigation: What Oil and Gas Companies Need to Know."

Before law school, Mr. Metzger earned his Bachelor of Arts in Political Science and Economics from Gordon College, where he graduated *summa cum laude* and served as Student Body President.

## EDUCATION

University of Virginia School of Law, J.D., 2024

- National Telecommunications Moot Court Competition, First Place
- UVA Lone Star Lawyers, Co-President
- Journal of Law and Politics, Lead Articles Editor

Gordon College, B.A., in Political Science and Economics

- *Summa cum laude*
- Student Body President

## ADMISSIONS

State Bar of Texas

**IN THE NEWS**

Jury Gives Maverick a Multimillion-Dollar Win Over ExxonMobil Subsidiary (https://azalaw.com/jury-gives-maverick-a-multimillion-dollar-jury-win-over-exxonmobil-subsidiary/)

Board of Law Examiners announces top scorers on July 2024 Texas Bar Exam (https://www.txcourts.gov/supreme/news/board-of-law-examiners-announces-top-scorers-on-july-2024-texas-bar-exam/)

Case 4:25-cv-01234    Document 20-7    Filed 05/13/25 in TXSD    Page 16 of 16

**IN THE NEWS**

Jury Gives Maverick a Multimillion-Dollar Win Over ExxonMobil Subsidiary (https://azalaw.com/jury-gives-maverick-a-multimillion-dollar-jury-win-over-exxonmobil-subsidiary/)