IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON)

| | |
|---|---|
| SUN ZHONGJIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE ENERGY CORP., PAUL GORANSON, and SHONA WILSON,<br><br>Defendants. | § CIVIL ACTION NO. 4:25-cv-01234-CRE<br>§<br>§<br>§ **NOTICE OF MOTION AND MOTION OF**<br>§ **CONNOR VOSS FOR APPOINTMENT AS**<br>§ **LEAD PLAINTIFF AND APPROVAL OF**<br>§ **SELECTION OF COUNSEL**<br>§<br>§ **CLASS ACTION**<br>§<br>§<br>§<br>§<br>§ |

Movant Connor Voss ("Movant"), through counsel, hereby moves the Court pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an order:

(a)     appointing Movant as Lead Plaintiff in this action; and

(b)     approving Movant's selection of The Rosen Law Firm P.A. ("Rosen Law") as Lead Counsel and Condon Tobin Sladek Thornton Nerenberg PLLC ("Condon Tobin") as Liaison Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) a Memorandum of Law dated May 13, 2025; (2) Appendix Accompanying Movant's Motion, dated May 13, 2025; and (3) a [Proposed] Order Appointing Movant as Lead Plaintiff and Approving Movant's Selection of Counsel.

**CERTIFICATE OF CONFERENCE**

Local Rule 7.1(D) requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their

respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7.1(D) be waived.

Dated: May 13, 2025                                   Respectfully Submitted,

                                                      **CONDON TOBIN SLADEK**
                                                      **THORNTON NERENBERG PLLC**

                                                      */s/ Stuart L. Cochran*
                                                      Stuart L. Cochran
                                                      Texas Bar No.: 24027936
                                                      8080 Park Ln Ste 700
                                                      Dallas, TX 75231
                                                      Telephone: (214) 265-3800
                                                      Facsimile: (214) 691-6311
                                                      Email: scochran@condontobin.com

                                                      *[Proposed] Liaison Counsel for Lead*
                                                      *Plaintiff and the Class*

                                                      **THE ROSEN LAW FIRM, P.A.**
                                                      Phillip Kim
                                                      Laurence Rosen
                                                      275 Madison Avenue, 40th Floor
                                                      New York, NY 10016
                                                      Telephone: (212) 686-1060
                                                      Facsimile: (212) 202-3827
                                                      Email: philkim@rosenlegal.com
                                                      Email: lrosen@rosenlegal.com

                                                      *[Proposed] Lead Counsel for Lead Plaintiff*
                                                      *and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                                      */s/ Stuart L. Cochran*
                                                      Stuart L. Cochran

2