IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON)

| | |
|---|---|
| SUN ZHONGJIAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ENCORE ENERGY CORP., PAUL GORANSON, and SHONA WILSON, <br><br> Defendants. | § <br> § CIVIL ACTION NO. 4:25-cv-01234-CRE <br> § <br> § **CONNOR VOSS'S APPENDIX** <br> § **ACCOMPANYING MOTION TO BE** <br> § **APPOINTED AS LEAD PLAINTIFF AND** <br> § **TO APPROVE SELECTION OF COUNSEL** <br> § <br> § **CLASS ACTION** <br> § <br> § <br> § <br> § |

Attached are true and correct copies of the following exhibits:

Exhibit 1:    PSLRA early notice issued on March 14, 2025;

Exhibit 2:    Connor Voss's PSLRA Certification;

Exhibit 3:    Connor Voss's Loss Chart;

Exhibit 4:    The Rosen Law Firm, P.A's firm resume; and

Exhibit 5:    Condon Tobin Sladek Thornton Nerenberg PLLC's firm resume.

Dated: May 13, 2025

Respectfully Submitted,

**CONDON TOBIN SLADEK**
**THORNTON NERENBERG PLLC**

 _/s/ Stuart L. Cochran_
Stuart L. Cochran
Texas Bar No.: 24027936
8080 Park Ln Ste 700
Dallas, TX 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
Email: scochran@condontobin.com

_[Proposed] Liaison Counsel for Lead_
_Plaintiff and the Class_

1

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence Rosen
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff
and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

 */s/ Stuart L. Cochran*
Stuart L. Cochran

2