# Exhibit 1

3/18/25, 1:03 PM
EU CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on Behalf of enCore Energy Corp. Inve…

Case 4:25-cv-01234  Document 22-2  Filed 05/13/25 in TXSD  Page 2 of 8

Mar 14, 2025 7:35 PM Eastern Daylight Time

# EU CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on Behalf of enCore Energy Corp. Investors

Share      ...

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of Texas, captioned *Zhongjian v. enCore Energy Corp., et al.,* Case No. 25-cv-1234, on behalf of persons and entities that purchased or otherwise acquired enCore Energy Corp. ("enCore" or the "Company") (NASDAQ: EU) securities between **March 28, 2024 and March 2, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR ENCORE INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On March 3, 2025, enCore announced its fiscal 2024 financial results, revealing a net loss of $61.3 million (more than double its net loss of $25.6 million in the prior fiscal year). The Company explained "the inability to capitalize certain exploratory and development costs under U.S. GAAP which would have been capitalized under IFRS [International Financial Reporting Standards]" impacted the Company's results. Further, the Company revealed that it had "identified in 2024" a "material weakness" in the Company's internal controls over financial reporting, "primarily

due to an ineffective control environment that resulted in ineffective risk assessment, information and communications and monitoring activities."

Also on March 2, 2025, the Company also revealed that it had appointed a new acting Chief Executive Officer "effective immediately" and that Paul Goranson "is no longer serving as enCore's Chief Executive Officer or as a member of the board of directors."

On this news, enCore's stock price fell $1.17, or 46.4%, to close at $1.35 per share on March 3, 2025, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that enCore lacked effective internal controls over financial reporting; (2) that enCore could not capitalize certain exploratory and development costs under GAAP; (3) that, as a result, its net losses had substantially increased; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired enCore securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150

3/18/25, 1:03 PM          EU CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on Behalf of enCore Energy Corp. Inve…

Case 4:25-cv-01234   Document 22-2   Filed 05/13/25 in TXSD   Page 4 of 8

Toll-Free: 888-773-9224

Visit our website at www.glancylaw.com.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

**Contact Us:**

Glancy Prongay & Murray LLP

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Industry:**          Class Action Lawsuit          Professional Services          Legal



**GLANCY PRONGAY & MURRAY LLP**

⌁ NASDAQ:EU

3/18/25, 1:03 PM
EU CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on Behalf of enCore Energy Corp. Inve…

Case 4:25-cv-01284   Document 22-2   Filed 05/13/25 in TXSD   Page 5 of 8

### RELEASE VERSIONS

English

---

### CONTACTS

**Contact Us:**
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
**Charles Linehan**
Email: [shareholders@glancylaw.com](mailto:shareholders@glancylaw.com)
Telephone: 310-201-9150
Toll-Free: 888-773-9224
Visit our website at: [www.glancylaw.com](http://www.glancylaw.com) .

# More News From Glancy Prongay & Murray LLP

🔊 Get RSS Feed

### Deadline Alert: enCore Energy Corp. (EU) Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming May 13, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired enCore Energy Corp. ("enCore" or the...

Case 4:25-cv-01234    Document 22-2    Filed 05/13/25 in TXSD    Page 6 of 8

## Deadline Alert: TFI International Inc. (TFII) Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming May 13, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired TFI International Inc. ("TFI" or the "Company…

## Deadline Alert: Fluence Energy, Inc. (FLNC) Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming May 12, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired Fluence Energy, Inc. ("Fluence" or the…

Back to Newsroom   →

# Wish your news had this kind of reach?

Sign Up   →

Learn About Business Wire   →



### Company

About Business Wire

3/18/25, 1:03 PM
Case 4:25-cv-01234 Document 22-2 Filed 05/13/25 in TXSD Page 7 of 8
EU CLASS ACTION NOTICE Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on Behalf of enCore Energy Corp. Inve…

Careers

Media Center

## Services

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

## Resources

## Blog

## For Journalists

## Sign Up



© 2025 Business Wire, Inc.

Privacy Policy      Cookie Policy      Copyright      Accessibility Statement      Terms of Use

