**enCore Energy Corp. Loss Chart**
**between March 28, 2024 and March 2, 2025**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $1.44 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Connor Voss | 2/3/2025 | | 2,464.87 | ($3.25) | ($8,010.83) | | | | | | | |
| | | | 2,464.87 | | ($8,010.83) | | | | 2,464.87 | $3,542.80 | ($4,468.03) | |