IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUN ZHONGJIAN, Individually and on Behalf of All Others Similarly Situated, | § § § § § § § § § § § § | CIVIL ACTION NO. 4:25−cv−01234 |
| *Plaintiff,* | | |
| v. | | JUDGE CHARLES ESKRIDGE |
| ENCORE ENERGY CORP., PAUL GORANSON, and SHONA WILSON, | | |
| *Defendants.* | | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters his appearance as counsel of record on behalf of Defendant Paul Goranson, for purposes of receiving notices and orders from the Court and all other documents served or required to be served in this action.

> Anthony N. Kaim
> Texas Bar No. 24065532
> Federal ID No. 1078087
> AKaim@gibbsbruns.com
> **GIBBS & BRUNS, LLP**
> 1100 Louisiana St., Ste 5300
> Houston, TX 77002
> Telephone: (713) 650-8805
> Facsimile: (713) 750-0903

1

Dated: May 19, 2025                                        Respectfully submitted,

                                                **GIBBS & BRUNS LLP**

                                                */s/ Anthony N. Kaim*
                                                Barrett H. Reasoner
                                                Lead Attorney
                                                State Bar No. 16641980; Federal ID No. 14922
                                                BReasoner@gibbsbruns.com
                                                Anthony N. Kaim
                                                State Bar No. 24065532; Federal ID No. 1078087
                                                AKaim@gibbsbruns.com
                                                1100 Louisiana, Suite 5300
                                                Houston, Texas 77002
                                                Tel.: (713) 650-8805
                                                Fax: (713) 750-0903

                                                *Attorneys for Defendant Paul Goranson*

## CERTIFICATE OF SERVICE

I certify that on May 19, 2025, I electronically served all counsel of record by filing this Notice via the Court's CM/ECF system.

                                                */s/ Anthony N. Kaim*
                                                Anthony N. Kaim