**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SUN ZHONGJIAN, Individually and on Behalf of All Others Similarly Situated, | § § § § | CIVIL ACTION NO. 4:25-cv-01234 |
| Plaintiff, | § | JUDGE CHARLES ESKRIDGE |
| | § § | |
| vs. | § § | |
| | § | |
| ENCORE ENERGY CORP., PAUL GORANSON, and SHONA WILSON, | § § § § § | |
| | § | |
| Defendants. | § | |

**[PROPOSED] ORDER**

Having considered the unopposed Motion of Øystein Kjelsvik for Appointment as Lead Plaintiff and Approval of Counsel (the "Motion"), ECF No. 18, and his Response in Further Support, ECF No. 29, and good cause appearing therefore,

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Øystein Kjelsvik as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Block & Leviton LLP as Lead Counsel and Joe Kendall as Texas Local/Liaison Counsel for the class.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge