United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| SUN ZHONGJIAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE ENERGY CORP., PAUL GORANSON, and SHONA WILSON,<br><br>Defendants. | Case No. 4:25-cv-01234<br><br>Honorable Charles R. Eskridge III |

**ORDER GRANTING DEFENDANTS ENCORE ENERGY CORP.
AND SHONA WILSON'S MOTION TO WITHDRAW COUNSEL**

The Court has considered Defendants enCore Energy Corp. and Shona Wilson's Unopposed Motion to Withdraw Counsel. The Court finds that good cause exists and therefore GRANTS Defendants' Motion. Matthew L. DiRisio and Kerry C. Donovan are WITHDRAWN from their representation in this case.

Signed this 16th day of March, 2026.

HON. CHARLES R. ESKRIDGE III
UNITED STATES DISTRICT JUDGE