**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

SUN ZHONGJIAN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ENCORE ENERGY CORP., PAUL GORANSON, and SHONA WILSON,

    Defendants.

Case No. 4:25-cv-01234

Hon. Nicholas J. Ganjei

## PLAINTIFF'S UNOPPOSED MOTION FOR CLARIFICATION

Lead Plaintiff Øystein Kjelsvik ("Plaintiff") respectfully submits this Motion for Clarification in response to this Court's Order dated April 22, 2026 (ECF No. 59), regarding Plaintiff's time to file a response in opposition to Defendants' Motion to Dismiss (ECF No. 55).

The Court previously entered an Order ECF No. 14, later amended by ECF No. 23, regarding certain parties which provided that Plaintiff "shall have sixty (60) days to oppose Defendants' motion to dismiss," and "Defendants shall have forty-five (45) days thereafter to file their reply in further support of the motion." In accordance with ECF No. 14 and ECF No. 23, Plaintiff's time to file his opposition to Defendants' Motion to Dismiss is May 11, 2026.

1

The Court's April 22, 2026 Order appears to be in conflict with ECF No. 14 and ECF No. 23. Plaintiff seeks clarification of which Order should govern when Plaintiff's Opposition is to be filed.

Dated: April 24, 2026

Respectfully submitted,

*/s/ Joe Kendall*
Joe Kendall, Attorney-in-charge
Texas Bar No. 11260700
S.D. Tex. Bar. No. 30973
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek, Suite 825
Dallas, Texas 75219
(214) 744-3000
jkendall@kendalllawgroup.com

***Texas Local/Liaison Counsel for Lead Plaintiff and the Proposed Class***

Jeffrey C. Block (*pro hac vice*)
Jacob A. Walker (*pro hac vice*)
Brendan Jarboe (*pro hac vice*)
Sarah E. Delaney (*pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
jeff@blockleviton.com
jake@blockleviton.com
brendan@blockleviton.com
sarah@blockleviton.com

***Counsel for Lead Plaintiff and the Proposed Class***

## CERTIFICATE OF WORD COUNT

Per the Court's Procedural Rules 16(b) and 16(c), I certify that this document has been prepared in Times New Roman 13-point font, and, exclusive of those portions of the document exempted, contains 151 words.

*/s/ Joe Kendall*
Joe Kendall

## CERTIFICATE OF CONFERENCE

Pursuant to the Court's Procedural Rule 15(a), counsel for Lead Plaintiff conferred with counsel for Defendants concerning this Motion. Defendants do not oppose this Motion.

*/s/ Joe Kendall*
Joe Kendall

## CERTIFICATE OF SERVICE

I certify that all counsel of record have been served a true and correct copy of this document by electronic submission for filing and service through the Electronic Case Filing System of the Southern District of Texas on April 24, 2026.

*/s/ Joe Kendall*
Joe Kendall