United States District Court
Southern District of Texas
**ENTERED**
May 08, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Sun Zhongjian, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-1234 |
| | § | |
| enCore Energy Corp., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Clarification, Doc. 60. The Court's previous scheduling orders remain in effect. *See* Docs. 14, 23. Plaintiff's response to the Motion to Dismiss, Doc. 55, is due by May 11, 2026. No further update is necessary.

**SO ORDERED**.

**SIGNED** at Houston, Texas, on the 8th of May, 2026.

_____
Nicholas J. Ganjei
United States District Judge